# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:08-CR-00462 |
| | : | |
| v. | : | |
| | : | |
| MARLON HOLMES | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of June, 2020, in accordance with the accompanying memorandum, **IT IS ORDERED** that Marlon Holmes's motion for compassionate release and reduction of sentence under 18 U.S.C. §3582(c)(1)(A) is **DENIED**.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania